IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 315-013 |
| | ) | |
| BRADLEY LANE FROST | ) | |

**O R D E R**

    Defendant moves to withdraw his previously filed motions because he has reached a plea agreement with the government. The Court **GRANTS** Defendant's request, (doc. no. 172), and **DIRECTS** the Clerk to terminate Defendant's pending motions, (doc. nos. 152, 153, 154, 155.)

    SO ORDERED this 8th day of February, 2016, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA